

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2020

No. 04-20-00499-CV

**WEEKS MARINE COMPANY, LLC**,
Appellant

v.

David **LANDA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-197
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Appellee's brief was originally due on November 23, 2020. On November 23, 2020, appellee filed an unopposed motion requesting a twenty-one day extension. The motion is GRANTED and appellee's brief is due **no later than December 14, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court